UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., | Case No. 18-cv-05416-KAW |
|---|---|
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | Re: Dkt. No. 36 |
| MACY AUTOMOTIVE, INC., et al. | |
| Defendants. | |

On April 24, 2019, Attorney David M. Sternberg moved to withdraw as counsel for Defendant Macy Automotive, Inc. (Mot. To Withdraw, Dkt. No. 36.) On May 14, 2019, the Court issued an order for clarification, explaining that there were two Defendants in the case. (Dkt. No. 38 at 1.) As Defendant Macy Automotive, Inc. had never made a formal appearance, the Court requested clarification as to whether Attorney Sternberg sought to withdraw from representation of Defendant Macy Automotive, Inc. or Defendant Macy's Automotive Pro's. Attorney Sternberg's response was due by May 17, 2019.

As of the date of this order, no response has been filed. Accordingly, the Court ORDERS Attorney Sternberg to, by **May 29, 2019**, show cause why the motion should not be denied by filing his clarification, as required by the Court's prior order. Failure to do so may result in the Court denying Attorney Sternberg's motion to withdraw as counsel.

IT IS SO ORDERED.

Dated: May 23, 2019

KANDIS A. WESTMORE
United States Magistrate Judge