UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,

Plaintiffs,

v.

MACY AUTOMOTIVE, INC., et al.,

Defendants.

Case No. 18-cv-05416-KAW

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO STRIKE**

Re: Dkt. No. 48

On September 4, 2018, Plaintiffs filed a complaint against Defendants Macy Automotive, Inc. and Macy's Automotive Pro's ("Macy's Pro's"), asserting violations of the Employee Retirement Income Security Act of 1974 ("ERISA"). (Compl., Dkt. No. 1.) On August 16, 2019, Plaintiffs filed the instant motion to strike Defendant Macy's Pro's answer because Defendant Macy's Pro's is an unrepresented corporation, and to direct the Clerk of the Court to enter entry of default. (Pls.' Mot. to Strike at 1, Dkt. No. 48.) No opposition was filed.

The Court deems the matter suitable for disposition without a hearing pursuant to Civil Local Rule 7-1(b), and GRANTS Plaintiffs' motion. "It is a longstanding rule that corporations and other unincorporated association must appear in court through an attorney." *D-Beam, ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 974-75 (9th Cir. 2004); *see also Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993). Further, "[w]hen a corporation fails to retain counsel to represent it in an action, its answer may be stricken . . . ." *Rojas v. Hawgs Seafood Bar*, Case No. 08-cv-3819-JF, 2009 U.S. Dist. LEXIS 41435, at *2 (N.D. Cal. May 4, 2009) (citing *Employee Painters' Trust v. Ethan Enters., Inc.*, 480 F.3d 993 (9th Cir. 2007)).

Here, Defendant Macy's Pro's is a corporation, and has been unrepresented by counsel since its prior counsel was permitted to withdraw on June 4, 2019. (Dkt. No. 43.) Indeed,

Christina Morrison, the owner of Defendant Macy's Pro's, filed a declaration stating that she did not intend to find other counsel because Defendant Macy's Pro's has no money. (Morrison Decl. ¶ 4, Dkt. No. 36-1.) Thus, the Court strikes Defendant Macy's Pro's answer. Plaintiff may move the Clerk of the Court to enter default as to Defendant Macy's Pro's.

The September 24, 2019 case management conference is VACATED.

IT IS SO ORDERED.

Dated: September 17, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge